**Kenneth R. Graham, Esq., SBN 216733**
**1575 Treat Blvd., Suite 105**
**Walnut Creek, CA 94598**
**Tel No.: 925-932-0170**
**Fax No.:925-932-3940**
**Email: krg@elaws.com**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
**Alice Tamayo Sembrano**

Chapter **13**
Case No:

**DECLARATION OF EMPLOYMENT INCOME**

Debtor(s)

I, __Alice Tamayo Sembrano__ hereby declare the following:

My total gross monthly employment income for each of the six months prior to the month of the filing of this case was as follows:

| | | | |
|---|---|---|---|
| Total Employment Income for | **July 2010 (Pay dates: 7/02/10; 7/16/10; & 7/30/10) for the period 6/14/10 to 7/25/10** | was: | $ **3,372.49** |
| Total Employment Income for | **June 2010 (Pay dates: 6/04/10 & 6/18/10) for the period 5/17/10 to 6/13/10** | was:: | $ **2,014.62** |
| Total Employment Income for | **May 2010 (Pay dates: 5/07/10 & 5/21/10) for the period 4/19/10 to 5/16/10** | was: | $ **2,263.32** |
| Total Employment Income for | **April 2010 (Pay dates: 4/09/10 & 4/23/10) for the period 3/22/10 to 4/18/10** | was: | $ **3,169.64** |
| Total Employment Income for | **March 2010 (Pay dates: 3/12/10 & 3/26/10) for the period 2/22/10 to 3/21/10** | was: | $ **2,019.97** |
| Total Employment Income for | **February 2010 (Pay dates: 2/12/10 & 2/26/10) for the period 1/25/10 to 2/21/10** | was: | $ **1,951.38** |

I declare this statement is true and correct under penalty of perjury. Executed this 24th day of August, 2010, in Daly City, California.

       **/s/ Alice Tamayo Sembrano**
       Debtor