Ryan C. Wood (State Bar No. 249048)
Kitty J. Lin (State Bar No. 251851)
The Law Offices of Lin & Wood
611 Veterans Blvd. Ste. 218
Redwood City, CA 94063
Telephone: (650) 366-4858
Facsimile: (650) 366-4875

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 10-33436 |
| ALICIA POWELL, | Chapter 13 |
| Debtor. | SUBSTITUTION OF ATTORNEY |

THE COURT AND ALL PARTIES ARE HEREBY NOTIFIED THAT the debtor in the above referenced case makes the following substitution:

1. Former legal representative: PRO SE
2. New legal representative:
   a. Ryan C. Wood
   b. State Bar No. 249048
   c. Address: The Law Offices of Lin & Wood, 611 Veterans Blvd., Ste. 218, Redwood City, CA 94063
   d. Telephone: (650) 366-4858
3. The party making this substitution is the debtor.

///

///

SUBSTITUTION OF ATTORNEY

4. I consent to this substitution.

Date: September 17, 2010  /s/     Alicia Powell
                                                     Alicia Powell
                                                     Debtor

5. I consent to this substitution of the Debtor in the above-captioned case.

Date: September 17, 2010  /s/     Ryan Wood
                                                     Ryan C. Wood, SBN 249048
                                                     The Law Offices of Lin & Wood