| | |
|---|---|
| 1 | **KENNETH R. GRAHAM, SBN #216733**<br>Law Offices of Kenneth R. Graham |
| 2 | 1575 Treat Blvd., Suite 105<br>Walnut Creek, CA 94598 |
| 3 | Tel. No. (925) 932-0170<br>Fax. No. (925) 932-3940 |
| 4 | Email   krg@elaws.com |
| 5 | Attorneys for Debtor |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>SEMBRANO, ALICE TAMAYO,<br><br>                    Debtor. | Case No.: 10-33275<br><br>Chapter 13<br><br>**NOTICE AND OPPORTUNITY FOR HEARING ON MOTION TO AVOID LIEN OF BANK OF AMERICA, N.A. SECURED BY 903 FARRIER PLACE, DALY CITY, CA**<br><br>Hearing Date: N/A<br>Time:<br>Place:<br><br>Judge: HON. THOMAS E. CARLSON |

TO: THE HONORABLE THOMAS E. CARLSON, U.S. BANKRUPTCY JUDGE; DAVID BURCHARD, CHAPTER 13 TRUSTEE; THE OFFICE OF THE UNITED STATES TRUSTEE; AND SECURED CREDITOR, BANK OF AMERICA, N.A.:

PLEASE TAKE NOTICE that Debtor, by and through her attorney of record, KENNETH R. GRAHAM, has moved the Court for an order to avoid lien of creditor, **Bank of America, N.A.**, pertaining to the property commonly known as **903 Farrier Place, Daly City, CA 94014** ("Subject Property").

MTAL, SEMBRANO, 903 Farrier Place, Daly City, CA

PLEASE TAKE FURTHER NOTICE that this matter is governed by Bankruptcy Local Rule 9014-1(b)(3) for the Northern District of California. Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing of the notice. A request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position. If there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default. The initiating party will give at least 7 days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made; or the tentative hearing date.

Dated: September 1, 2010

By: */s/ Kenneth R. Graham*
KENNETH R. GRAHAM
Law Offices of Kenneth R. Graham
Attorneys for Debtor

MTAL, SEMBRANO, 903 Farrier Place, Daly City, CA