DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| In re:<br>ALICIA NICOLE POWELL<br>958 LECONTE CIR., UNIT 1<br>SAN FRANCISCO, CA 94124<br><br>###-##-5386<br>Debtor(s). | Case No.: 10-3-3436 SFC13<br>Chapter 13<br><br>OBJECTION TO CONFIRMATION, WITH A MOTION TO DISMISS, BY DAVID BURCHARD, CHAPTER 13 TRUSTEE AND NOTICE |
|---|---|

**341 MEETING OF CREDITORS:**
Date: 10/21/2010
Time: 2:00 PM
Place: Office of the United States Trustee
235 Pine Street, Suite 850
San Francisco, California

**CONFIRMATION HEARING:**
Date: 11/10/2010
Time: 09:30 AM
Place: United States Bankruptcy Court
235 Pine Street 23rd Floor
San Francisco, California

DAVID BURCHARD, Chapter 13 Trustee in the above-entitled action, hereby objects to Confirmation of the Chapter 13 Plan proposed hereunder by Debtor(s) for the following reason(s).

1. The Trustee is in receipt of Debtor's Petition that does not include all of the documents necessary for a complete filing. The required documents are as follows: Summary of Schedules, Statistical Summary of Certain Liabilities, Schedules A through J, Declaration Concerning Debtor's Schedules, Statement of Financial Affairs, Statement of Current Monthly Income and Means Test Calculation (Form B22C), the Chapter 13 Plan and A Certificate from the Approved Non-Profit Budget and Credit Counseling Agency that prior to the filing of the petition, provide the Debtor services under Bankruptcy Code, Section 109(h). The Trustee requests said documents be filed, or that Debtors case be dismissed for failure to file the required documents.

PLEASE TAKE NOTICE that, without prior notice, at the above-referenced confirmation hearing date assigned to your Chapter 13 case, the Court may DISMISS the above-referenced case upon making a determination that Debtor(s) has/have not presented a feasible Plan, Debtor(s) has/have not made the required payments under the Plan, Debtor(s) has/have violated the statutory debt limitations set for a Chapter 13 case, Debtor(s) has/have not filed this proceeding in good faith, Debtor(s) has/have not provided documents and/or Schedules and Plan as required under the Bankruptcy code, and/or Debtor(s) has/have not provided the Trustee with Payment Advices or Declarations, as required by the written Order Re: Payment Advices in Chapter 13 Cases, dated September 26, 2006.

Dated: October 7, 2010            DAVID BURCHARD

                                   DAVID BURCHARD, Chapter 13 Trustee

Certificate of Mailing

I, ROSA GARCIA, the undersigned, certify that:

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a copy of the Objection to Confirmation, with a Motion to Dismiss, of the Chapter 13 Plan, by David Burchard, Chapter 13 Trustee and Notice, and this Certificate of Mailing, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

ALICIA NICOLE POWELL
958 LECONTE CIR., UNIT 1
SAN FRANCISCO, CA 94124

RYAN C WOOD
THE LAW OFFICES OF LIN & WOOD
611 VETERAN BLVD STE 218
REDWOOD CITY, CA 94063

United States Trustee
235 Pine Street, Suite 700
San Francisco, CA  94104

Dated: October 7, 2010                    ROSA GARCIA

                                          ROSA GARCIA