In re **Alice Tamayo Sembrano**         Case No.
Debtor(s)         Chapter **13**

# CHAPTER 13 PLAN

1. **PAYMENTS**
   The Debtor or Debtors (hereinafter called "Debtor") submit to the Chapter 13 Trustee all projected disposable income to be received within the applicable commitment period of the Chapter 13 Plan (hereinafter called "Plan"). The total number of payments shall be __**60**__, and in the amount of $__**130.18**__. The pre-confirmation Plan payments to the Trustee must begin 30 days from the date of the filing of the Plan or the Order of Relief, whichever is earlier. The post-confirmation Plan payments to the Trustee will commence on the 20th of the first month after the Plan is confirmed. Upon post-confirmation dismissal of this Plan, all funds held by the Trustee shall be disbursed to Administrative Costs and Creditors.

   Debtor elects a voluntary wage order ____

2. **PRE-CONFIRMATION ADEQUATE PROTECTION PAYMENTS**
   The following pre-confirmation adequate protection payments on claims secured by personal property shall be paid by the Trustee to the below listed creditors. The Debtor proposing pre-confirmation payments will commence these payments to the Trustee within 30 days of the date this Plan was filed or the Order of Relief, whichever is earlier. Creditors must file a proof of claim to receive payment from the Trustee. Payments by the Trustee should commence to these Creditors within 30 days of the filing of the proof of claim. Upon a pre-confirmation dismissal, all adequate protection order payments held by the Trustee shall be disbursed to Creditors.

   | Name of Creditor | Collateral Description | Monthly Payment |
   |---|---|---|
   | -NONE- | | |

3. **ADMINISTRATIVE COSTS**
   Trustee shall receive a percentage of each plan payment, whether made before or after confirmation, as established by the United States Trustee.

   Chapter 13 Attorney fees may be included in a Chapter 13 Plan. Fees and costs requested for allowance are as follows:

   | Total Fees & Costs Requested | Fees & Costs Received | Balance of Fees & Costs Due | Monthly Payment |
   |---|---|---|---|
   | $4,950.00 | $2,000.00 | $2,950.00 | $49.17 |

   Fees and costs allowed shall be paid at a monthly rate not to exceed 10% of the balance of the above fees and costs remaining to be paid and will accrue concurrently with pre-confirmation adequate protection payments listed in Section 2 above and will be paid with Secured Debt as listed in Section 4A below. Upon a pre-confirmation dismissal, all accrued pre-confirmation attorney fees and costs payments held by the Trustee shall be disbursed to the attorney.

4. **SECURED DEBT**
   Interest shall accrue on all secured claims from the date the petition is filed. Interest will be calculated at 10% per annum unless the Debtor specifies otherwise in this Plan. Secured Creditors will retain their liens until their allowed secured claims have been paid.

A) **Post-Confirmation Payments to Creditors Secured by Personal Property**     10-33275

The Debtor seeks a determination that the value of the collateral is as set forth below. Failure to object to this listed amount shown may result in the Creditor's secured claim being limited to the collateral value amount listed. Creditors will, at minimum, be paid the amount reflected as the monthly payment. The Debtor's omission of any secured creditor does not affect the rights of the omitted creditor to file claims and be paid.

With respect to a debt for which the Debtor has written "Yes" in the column "Surrender" and where the Creditor files a written objection to the treatment provided such debt, Debtor surrenders all interest in the collateral, and the debt shall be treated under Section 4B below.

| Name of Creditor | Collateral Description | Collateral Value | Secured Debt Amount | Interest Rate | Monthly Payment | Surrender Yes/No |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

B) **Surrender of Property**

The Debtor surrenders any interest in the following collateral. The Debtor waives the protection of the automatic stay and allows the affected Creditor to obtain possession and dispose of its collateral, without further Order of the Court. Any secured claim filed by the below Creditors will be deemed satisfied in full through surrender of the collateral. Any unsecured deficiency claim must be filed by the bar date for unsecured debts.

| Name of Creditor | Collateral to be surrendered |
|---|---|
| **-NONE-** | |

C) **Post Petition Payments on Real Property Debt Paid by Debtor**

| Name of Creditor | Property Address | Monthly Payment Amount |
|---|---|---|
| **2. World Savings & Loan** | **Single Family Residence**<br>**Location: 903 Farrier Place, Daly City CA 94014**<br>**Owns property jointly with Debtor's Son.**<br>**efmv $610k, 50%=$305k** | $2,074.00 |

D) **Pre-Petition Debt on Real Property**

The Trustee shall pay defaulted real property debt. This prorata payment for defaulted real property debts will begin after payment in full of the Attorney fees and costs listed in section 3 above.

| Name of Creditor | Property Address | Defaulted Debt | Interest Rate |
|---|---|---|---|
| **-NONE-** | | | |

Chapter 13 Plan, San Francisco
(Effective 1/1/09)

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Page 2 of 5

Best Case Bankruptcy

Case: 10-33275   Doc# 2   Filed: 08/25/10   Entered: 08/25/10 12:50:59   Page 2 of 5

Case: 10-33275   Doc# 18   Filed: 09/02/10   Entered: 09/02/10 21:57:58   Page 2 of 6

5.  **EXECUTORY CONTRACTS/LEASES**   10-33275

    A) The Debtor assumes the executory contract(s)/lease(s) referenced below and provides for the regular contract/lease payment(s), both pre-confirmation and post-confirmation, to be paid directly by the Debtor. Any pre-petition lease arrearage will be paid through this Plan after payment of arrearages listed in 4D above.

    | Name of Creditor/Lessor | Property Address | Lease Arrearages as of Date of Filing | Arrearage Payment by Trustee | Regular # of Lease Payments Remaining as of Date of Filing | Lease Payment by Debtor |
    |---|---|---|---|---|---|
    | **-NONE-** | | | | | |

    B) The Debtor rejects the following executory contract/lease and surrenders any interest in property securing these executory contracts/leases. The Debtor waives the protection of the automatic stay and allows the affected Creditor to obtain possession and dispose of its collateral, without further Order of the Court. Any unsecured claim resulting from the rejection must be filed by the bar date for unsecured debts:

    | Name of Creditor/Lessor | Identity of Executory Contract/Lease & Property Subject to Executory Contract/Lease |
    |---|---|
    | **-NONE-** | |

6.  **PRIORITY CLAIMS**
    Trustee shall pay all allowed filed priority claims and will pay the claims listed in 6B below, prior to paying those unsecured priority claims listed in sections 6C, 6D, and 6E below. Those claims listed in sections 6C, 6D and 6E below will be paid prorata.

    A) **Post Petition Domestic Support Obligations:**

    1)  __**X**__ None.

    2) The name(s), and address(es) of the holder of ANY domestic support obligation.

    | Name of Creditor | Address |
    |---|---|

    3) The Debtor will pay all post-petition domestic support obligations directly to the holder of the claim and not through the Chapter 13 plan.

Chapter 13 Plan, San Francisco                                                                                                      Page 3 of 5
(Effective 1/1/09)

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

Case: 10-33275   Doc# 2   Filed: 08/25/10   Entered: 08/25/10 12:50:59   Page 3 of 5

Case: 10-33275   Doc# 18   Filed: 09/02/10   Entered: 09/02/10 21:57:58   Page 3 of 6

B) **Pre-Petition Arrearages owed to Domestic Support Obligation Creditors:**

  1)   **X**   None.

  2)   Name of holder of Domestic Support Obligation Arrearage Claim, arrears and monthly payment.

| Name of Holder | Arrearage | Monthly Payment |
|---|---|---|
|  |  |  |

C) **Pre-Petition Domestic Support Obligations assigned to or owed to a governmental unit:**

  1)   **X**   None.

  2)   Name of Governmental Creditor, address and amount due:

| Name of Governmental Creditor | Address | Amount Due |
|---|---|---|
|  |  |  |

D) **Priority Tax Claims:**

| Name of Creditor | Address | Amount Due |
|---|---|---|
| **-NONE-** |  |  |

E) **Other Priority Claims:**

| Name of Creditor | Address | Amount Due |
|---|---|---|
| **-NONE-** |  |  |

7. **UNSECURED DEBTS TO BE PAID WITH INTEREST**

  A)   The following debts shall be paid in full with interest from petition date.

| Name of Creditor | Address | Amount Due | Interest Rate |
|---|---|---|---|
| **-NONE-** |  |  |  |

8. **OTHER UNSECURED DEBTS**
   Allowed unsecured claims shall be paid from funds remaining, after payment of the debts described (whether or not paid in full with interest) in Sections 2 through 6 above. The amounts to be paid under this Section 8 are estimated to be   **2**  % percent of allowed claims. (Prorata Plan)

9. Trustee is to be provided, thru the commitment period of the Plan, with Debtors future Federal Tax Returns, beginning with the   **Current (2010)**   tax year, by May 15th of the year following the year of the return. Trustee may request and Debtor must supply current income and expense information, on required Trustee forms, for each of the years that the tax returns are provided.

10. The Debtor elects to have property of the estate revest in the Debtor upon Plan confirmation. Once the property revests, the Debtor may sell or refinance real or personal property, without further order of the Court, upon approval of the Chapter 13 Trustee.

11. Notwithstanding any contrary language elsewhere in the plan, debtor does not seek through the confirmation and consummation of this plan either a determination of the dischargeability of any debt or the discharge of any debt that is nondischargeable in a Chapter 13 case pursuant to section 1328 of the Bankruptcy Code.

12. The Debtor further proposes pursuant to 11 USC § 1322(b):
**Bank Of America: Debtor(s) intend to avoid lien.**

10-33275

Dated: **August 24, 2010**    **/s/ Alice Tamayo Sembrano**
**Alice Tamayo Sembrano**
(Debtor)      (Debtor)

I/We **Kenneth R. Graham 216733** am/are legal counsel for the above named Debtor and hereby certify that the foregoing Chapter 13 Plan is a verbatim replica of this N.D. Cal., San Francisco Division, Chapter 13 Plan, promulgated January 1, 2009, pursuant to B.L.R. 1007-1.

    **/s/ Kenneth R. Graham**
    **Kenneth R. Graham 216733**
    Attorney for Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0971-3           User: amalakoot            Page 1 of 1            Date Rcvd: Aug 31, 2010
Case: 10-33275                 Form ID: pdfpln            Total Noticed: 19
```

The following entities were noticed by first class mail on Sep 02, 2010.
```
db          +Alice Tamayo Sembrano,    903 Farrier Place,    Daly City, CA 94014-1480
smg          CA Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
              Sacramento, CA  94280-0001
smg          CA Franchise Tax Board,    Special Procedures Bankruptcy Unit,    P.O. Box 2952,
              Sacramento, CA  95812-2952
smg          Chief Tax Collection Section,    Employment Development Section,    P.O. Box 826203,
              Sacrament, CA  94230
11204773    +Bank Of America,    Attn: Bankruptcy NC4-105-02-77,    P.O. Box 26012,    Greensboro, NC 27420-6012
11204774    +Chevron Federal Credit Union,    P.O. Box 790408,    Saint Louis, MO 63179-0408
11204775    +Citibank South Dakota, N.A.,    Attn: Centralized Bankruptcy,    P.O. Box 20507,
              Kansas City, MO 64195-0507
11204776    +Citifinancial Retail Services,    Attn: Bankruptcy Department,    1111 Northpoint Dr.,
              Coppell, TX 75019-3831
11204778    +Elan Financial Service,    777 E Wisconsin Avenue,    Milwaukee, WI 53202-5300
11204779    +Franchise Tax Board,    Bankruptcy Unit,    P.O. Box 2952,    Sacramento, CA 95812-2952
11204780   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,    Special Procedures Section,
              1301 Clay St., Stop 1400S,    Oakland, CA 94612)
11204781    +Juan Carlo Sembrano,    903 Farrier Place,    Daly City, CA 94014-1480
11204782    +Macys/FDSB,    Attn: Bankruptcy,    P.O. Box 8053,    Mason, OH 45040-8053
11204784    +NCO Financial Systems, Inc.,    10540 White Rock Road, Suite 250,    Rancho Cordova, CA 95670-6094
11204783    +NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
11204785    +Professional Collection,    P.O. Box 45274,    Los Angeles, CA 90045-0274
11204786    +World Savings & Loan,    Attn: Bankruptcy,    4101 Wiseman Blvd.,    San Antonio, TX 78251-4201
```

The following entities were noticed by electronic transmission on Sep 01, 2010.
```
11204772    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                            Asset Acceptance,
              P.O. Box 2036,    Warren, MI 48090-2036
11204777    +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 01 2010 02:49:04
              Discover Financial Services LLC,    Attention: Bankruptcy Department,    P.O. Box 3025,
              New Albany, OH 43054-3025
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 02, 2010                       Signature:    *Joseph Speetjens*