# United States Bankruptcy Court
## Northern District of California

In re **Alicia Nicole Powell**  
Debtor(s)

Case No. **10-33436**  
Chapter **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **17** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **October 12, 2010**

Signature **/s/ Alicia Nicole Powell**  
**Alicia Nicole Powell**  
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.