Ryan C. Wood (SBN 249048)
Kitty J. Lin (SBN 251851)
**The Law Offices of Lin & Wood**
611 Veterans Blvd. Ste. 218
Redwood City, CA 94063
Telephone: (650) 366-4858
Facsimile: (650) 366-4875

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | ) Bankruptcy Case No.: 10-33436 |
| ALICIA NICOLE POWELL, | ) Chapter 13 |
| Debtors. | ) **PROOF OF SERVICE** |

I, Ryan C. Wood, hereby declare that:

I am not less than 18 years of age and I am not a party to the case. My business address is 611 Veterans Blvd., Ste. 218, Redwood City, CA 94063. I served the **CHAPTER 13 PLAN AND NOTICE OF THE MEETING OF THE CREDITORS** on the parties listed below by regular US Mail to the following addresses, or served as indicated below:

SEE THE ATTACHED SERVICE LIST

**The following parties were served by electronic mail:**

**David Burchard, Chapter 13 Trustee**
**US Trustee**
**Alicia Nicole Powell**

Dated: October 15, 2010                    Respectfully submitted,

                                           /s/ Ryan Wood
                                           Ryan C. Wood
                                           Attorney for Debtor

A & S Investment, Inc.
350 Townsend, Ste. 240
San Francisco, CA 94107


Advanta
Plymouth Corp. Center
625 W. Ridge Pike
Building E, Ste. 100/105
Conshohocken, PA 19428


Advanta
c/o The Prentice Hall Group
2730 Gateway Oaks Drive, Ste. 100
Sacramento, CA 95831


Aes/Deutsche Elt
Po Box 2461
Harrisburg, PA 17105


Ama Collection Service (Original Cr
145 E 14th St Ste 200
San Leandro, CA 94577


American Home Mtg Svci
4600 Regent Blvd Ste 200
Irving, TX 75063


Barclaysbk
Po Box 8803
Wilmington, DE 19899


C B Of Merchant Svcs. (Original Cre
217 N San Joaquin St
Stockton, CA 95202

Capital One
c/o Richard Fairbank, CEO
1680 Capital One Drive, Ste. 1400
Mc Lean, VA 22102


Cbsj Financial Corp. (Original Cred
99 W Tasman Dr
San Jose, CA 95134


Citi
Po Box 6241
Sioux Falls, SD 57117


Citibank
c/o CT Corp. System
818 West Seventh Street
Los Angeles, CA 90017


Cypress Professional S (Original Cr
4301 N Star Way
Modesto, CA 95356


First Equity
c/o Agent for Service of Process
212 Oakmont Drive
Blue Bell, PA 19422


Jeffcapsys (Original Creditor:12 As
16 Mcleland Rd
Saint Cloud, MN 56303


Professional Recovery (Original Cre
190 S Orchard Ave Ste C2
Vacaville, CA 95688

Rash/Curtis & Associat (Original Cr
190 S Orchard Ave Ste 25
Vacaville, CA 95688


Swift
First Bank of Nigeria
P.O. Box 5216
Lagos Nigeria


Synergetic Communications, Inc.
5450 NW Central Drive, Ste. 11
Houston, TX 77092


Tek-Collect, Inc (Original Creditor
1111 Schrock Road
Columbus, OH 43226


US Bank
c/o US Bankcorp.
111 SW 5th Avenue T-2
Portland, OR 97204


US Bank
3121 Michelson Drive
Irvine, CA 92612


US Bank
c/o CT Corp. System
818 West 7th Street
Los Angeles, CA 90017