Ryan C. Wood (SBN 249048)
Kitty J. Lin (SBN 251851)
**The Law Offices of Lin & Wood**
611 Veterans Blvd. Ste. 218
Redwood City, CA 94063
Telephone: (650) 366-4858
Facsimile: (650) 366-4875

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No.: 10-33436 |
| Alicia Nicole Powell, | Chapter 13 |
| Debtor. | **APPLICATION FOR APPROVAL OF ATTORNEYS' FEES** |

1. Debtor's attorney, Ryan C. Wood, requests the approval of attorney's fees in the sum of $5,000 pursuant to the attorneys fee disclosure statement filed with the Court and the Guidelines for Payment of Attorney's Fees in Chapter 13 Cases (San Francisco Division). Of the sum requested, the amount of $1,000 has been previously paid to debtor's attorney.

2. In addition to the basic case, the debtor's case involves:

<u>XX</u>  Real Property Claims
<u>XX</u>  Additional parcels of real property with an encumbrance of at least $10,000
<u>  </u>  Unfiled tax returns or objections to claims of taxing agencies
<u>XX</u>  Vehicle loans or leases
<u>XX</u>  An operating business
<u>XX</u>  Twenty-five or more creditors
<u>  </u>  Domestic Support Claims
<u>XX</u>  Student Loans
<u>  </u>  Motion to Extend Stay
<u>  </u>  Motion to Avoid Lien

Dated: October 15, 2010

Respectfully submitted,

/s/ Ryan Wood
Ryan C. Wood
Attorney for Debtor

APPLICATION FOR APPROVAL OF ATTORNEY'S FEES
-1-